5-21CV0019C

| Official Use Only | CLERK U.S. DISTRICT COURT NORTHERN DIST. OF TX LUBBOCK DIVISION | |
|---|---|---|
| Case Number | Judge 2021 JAN 26 AM 8:51 | Magistrate Judge Do Not wish |

DEPUTY CLERK

# PRISONER CIVIL RIGHTS COMPLAINT
## WITH JURY DEMAND

This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

## Plaintiff's Information

| Name DANIEL RAY GARCIA | Prisoner No. 15667 |
|---|---|

Place of Confinement: GARZA COUNTY JAIL

| Street 412 E 15Th St | City Post | State TX | Zip Code 79356 |
|---|---|---|---|

Are there additional plaintiffs? ☐ Yes ☑ No

If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. **You must provide names, prisoner numbers and addresses for all plaintiffs.**

## Defendant's Information

| Name TERRY MORGAN | Position SHERIFF |
|---|---|

| Street/P.O. Box 412 E 15 TH St | City Post | State TX | Zip Code 79356 |
|---|---|---|---|

Are you suing this defendant in his/her: ☑ Personal Capacity ☐ Official Capacity ☐ Both Capacities

Are you suing more than one defendant? ☑ Yes ☐ No

If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. **You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.**

1

| Name | Position | Address | Suing |
|---|---|---|---|
| 2. M. Copeland | Captain | 412 E 15th St. Post TX 79356 | Personal Capacity |
| 3. M. Ward | Lt. | 412 E 15th St. Post TX 79356 | Personal Capacity |

Additional defendants for Civil Rights Complaint

Have sent Grievance after Grievance But never get one Back so I will not send the Courts a Copy.

LEGAL

2

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☑ Yes   ☐ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

**Docket or Case Number:** Do not no in 2019
**Name of Court:** United States District Court Northren District Lubbock, Tx.
**Parties (Caption or Name of Case):** Daniel Ray Garcia V. Judge Reed A. Filley
**Disposition:** Requisted to get Dismissed

**Docket or Case Number:** Do not no in 2019
**Name of Court:** United State District Court Northren District Lubbock. Tx.
**Parties (Caption or Name of Case):** Daniel Ray Garcia V. Seagraves Police Department
**Disposition:** Requested to get Dissmised

**Docket or Case Number:** Do not no in 2020
**Name of Court:** United State District Court Northren District Lubbock Tx
**Parties (Caption or Name of Case):** Hebas Corpas
**Disposition:** Requested to get Dissmised.

**Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.**

3

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

These 3 are in violating my Constitutional rights without authority of law or Constitution and thus has no immunity I am a pro se Defendant my 14th amendment of the United State Constitution Due Denial of Due Process of law L.T ward and Captain Copeland clam Due to there neglagent I can not work on my Case to whatch my video on my Discovry to my Case Becues I was on entrunet there was no investigation Done But was Blamed on all This to stope me from working on my case. The L.T and Captain Delay me for get copy notery tell staff not to Do any Thing I request There is no one at felt But Sherriff, Captain, and L.T. Thay run the Jail and my Due Process of law is Being violated on preparing for trial in Case 19-5086

## III. RELIEF

State briefly and exactly what you want the Court to do for you.

Move me Back to my County I Been held in Garza County Jail for Gaines County I would Better prepare for my Case There all my witness in this Case are from Gaines County. if not request This County Be investigated and Requst 1,000,000 and all people fired from there positions

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed (signed) on 1-20-2021 (date).

_____
Signature of Plaintiff

Daniel Garcia
412 E 15Th St
Post Tx 76356

INMATE MAIL

LUBBOCK TX 794
21 JAN 2021 PM 1 L

RECEIVED
JAN /R/ 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United State Clerk office
1205 Texas Ave., Room 209
Lubbock Tx. 79401

LEGAL


Stamp